UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 11-cv-1127-DSC

| | |
|---|---|
| ARLENE L. AND ROBERT T. CHERRY,<br><br>   Plaintiff,<br>vs.<br><br>MARTHA E. VON ROSENSTIEL, P.C,<br><br>   Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>**JURY TRIAL DEMANDED** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs by and through their counsel hereby voluntarily dismisses the instant action with prejudice as and for each party to pay their own costs and attorney fees.

October 26, 2011                                          Respectfully Submitted

By:  **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
Counsel for Plaintiff

-1-